**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Clarence Lee BASSETT, Jr., a/k/a
Junie, Defendant—Appellant.**

No. 09–6002.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 29, 2009.

218

Clarence Lee Bassett, Jr., Appellant Pro Se. Lisa Rae McKeel, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Bassett, Jr., appeals the district court's order denying his motion for a judicial inquiry and seeking an evidentiary hearing on the Government's refusal to file a Fed.R.Crim.P. 35 motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bassett*, No. 4:03–cr–00069–RGD–TEM–1 (E.D.Va. Dec. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*